IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : : | CIVIL ACTION |
| Plaintiff | : : | |
| v. | : : | NO. 24-4480 |
| ROBERT R. LOGAN and DAVID JOHNSTON | : : | |
| Defendants | : : | |

# ORDER

**AND NOW**, this 12th day of May, 2025, it is hereby **ORDERED** that a Telephonic Scheduling Conference shall be held before the undersigned on **Wednesday, May 21, 2025 at 2:30 p.m.** The parties shall be notified via paperless ECF notice of the telephone number and procedures to be followed for the conference call.

BY THE COURT:

/s/  *Mitchell S. Goldberg*

**Mitchell S. Goldberg,    J.**