## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : : | No. 2:24-cv-04480 |
| DAVID JOHNSTON, | : : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of March, 2026, upon consideration of Defendant David Johnston's Motion *in Limine* to Preclude the Use of the Statement Under Oath and Deposition of Defendant Robert Logan (Dkt. 37) and Plaintiff's Response in Opposition thereto (Dkt. 38), it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

GAIL A. WEILHEIMER, J.